**UNION BUS LINES, INC., and Bobby Dee Wells, Appellants,**

v.

**Andres GALARZA, Individually and on Behalf of His Wife, Genoveva S. Galarza, Appellee.**

**No. 23518.**

United States Court of Appeals
Fifth Circuit.
Nov. 29, 1966.

Erich F. Klein, Jr., Dallas, Tex., H. H. Rankin, Jr., McAllen, Tex., Rankin, Kern & Martinez, McAllen, Tex., Lyne, Klein & French, Dallas, Tex., for appellants.

Carl H. Judin, Jr., Judin & Cardenas, McAllen, Tex., for appellee.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM:

This belated attempt by appellants to oust the jurisdiction of the Federal court by insisting that the appellee's injured wife, a resident of the State of Texas, must be considered a party plaintiff, is based on too tenuous a reliance on the recent amendment to the Texas Married Womens Act, Art. 4618, Rev.Civil Stat.

The Judgment is affirmed.